510 A.2d 721

The TOWNSHIP OF PERKIOMEN, The Board of Supervisors of Perkiomen Township, Claire S. Olson, Richard Kratz, David N. Myers, and John Steele, four of the five Supervisors of Perkiomen Township, Petitioners,

v.

C. Roy MEST, Lawrence T. Zimmerman, Shane T. Clark and William Patterson, Jr.

Supreme Court of Pennsylvania.

June 20, 1986.

Petition for Allowance of Appeal GRANTED, No. 81 E.D. Appeal Docket 1986.